NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SIMPSON STRONG-TIE COMPANY,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

**MID CONTINENT STEEL & WIRE, INC.,**
*Defendant-Appellee*

_____

2019-2403

_____

Appeal from the United States Court of International Trade in No. 1:17-cv-00057-GSK, Judge Gary S. Katzmann.

_____

Decided:  August 28, 2020

_____

ROBERT KEVIN WILLIAMS, Clark Hill PLC, Chicago, IL, argued for plaintiff-appellee.  Represented by GEORGE REID TUTTLE, III, Law Offices of George R. Tuttle, A Professional Corporation, San Rafael, CA.

SOSUN BAE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington,

DC, argued for defendant-appellant.  Also represented by
ETHAN P. DAVIS, JEANNE DAVIDSON, PATRICIA M.
MCCARTHY; VANIA WANG, Office of the Chief Counsel for
Trade Enforcement and Compliance, United States De-
partment of Commerce, Washington, DC.

ADAM H. GORDON, The Bristol Group PLLC, Washing-
ton, DC, for defendant-appellee.  Also represented by PING
GONG.

———————————

Before PROST, *Chief Judge,* MOORE and STOLL, *Circuit
Judges.*

STOLL, *Circuit Judge.*

The Government appeals a decision of the United
States Court of International Trade affirming a remand de-
termination of the United States Department of Commerce
concluding that certain zinc masonry anchors and certain
nylon masonry anchors imported by Simpson Strong-Tie
Company are outside the scope of an antidumping order
imposed on certain steel nails from the People's Republic of
China.  *See generally Simpson Strong-Tie Co. v. United
States,* 393 F. Supp. 3d 1251 (Ct. Int'l Trade 2019); *see also
Notice of Antidumping Duty Order: Certain Steel Nails
from the People's Republic of China,* 73 Fed. Reg. 44,961
(Dep't of Commerce Aug. 1, 2008).  The issues presented in
this case are substantially identical to the issues presented
in *OMG, Inc. v. United States,* No. 19-2131 (Fed. Cir.
Aug. 28, 2020), issued herewith.[1]  For the reasons stated in

———————————

[1]    Though *OMG* involves a different antidumping or-
der covering certain steel nails from the Socialist Republic
of Vietnam, the relevant scope language of that order is
substantially identical to that of the antidumping order at
issue in this case.  *Compare Certain Steel Nails from the
Republic of Korea, Malaysia, the Sultanate of Oman,*

that opinion, we affirm the decision of the Court of International Trade.

**AFFIRMED**

---

*Taiwan, and the Socialist Republic of Vietnam: Antidumping Duty Orders*, 80 Fed. Reg. 39,994, 39,995 (Dep't of Commerce July 13, 2015), *with Certain Steel Nails from the People's Republic of China*, 73 Fed. Reg. at 44,961–62.